UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| PATRICIA JOANN LEONARD, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CAUSE NO.: 3:21-cv-00128 |
| ) | |
| FAMILY DOLLAR STORES OF INDIANA, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF REMOVAL OF CIVIL ACTION

To the Honorable Judges of the United States District Court for the Northern District of Indiana, South Bend Division:

Removing party, by the undersigned attorneys, respectfully show this Court:

1. The removing party is the Defendant Family Dollar Stores of Indiana, LLC (improperly named as "Family Dollar Stores of Indiana") ("Defendant"), in the above-entitled action.

2. On January 26, 2021, the above-entitled action was commenced against the removing party in the Elkhart County Superior Court, State of Indiana under Cause No. 20D01-2101-CT-000020; captioned *Patricia Joann Leonard v. Family Dollar Stores of Indiana* and is now pending.

3. Plaintiff Patricia Leonard has filed suit as a result of "severe and permanent" injuries she sustained after slipping and falling in a pothole while stepping into the parking lot from the sidewalk at Defendant's retail business located at 1522 Cassopolis Street in Elkhart, Indiana. The alleged injuries occurred on November 24, 2020.

1

4. As a result of the alleged incident, Plaintiff complains of a sprained left foot and a fractured right foot and is seeking damages for medical expenses, lost earnings, permanent impairment to her earning capacity, pain and suffering, mental anguish and emotional distress.

5. On February 1, 2021, Defendant received a Summons and Complaint in the above entitled action, via certified mail.

6. A Motion for Enlargement of Time, up to and including March 26, 2021 for the Defendant to answer or otherwise respond to Plaintiff's Complaint was granted on February 4, 2021.

7. No further proceedings in this matter have been held in the Elkhart County Superior Court.

8. Plaintiff is alleged to be a citizen of the State of Indiana.

9. Defendant is a North Carolina limited liability company with its principal place of business located at 500 Volvo Parkway, Chesapeake, Virginia 23320. Defendant is a citizen of the States of North Carolina and Virginia. The sole member of Defendant's limited liability company is Family Dollar Stores, Inc.  Family Dollar Stores, Inc. is a Delaware corporation with its principal place of business located at 500 Volvo Parkway, Chesapeake, VA 23320.  Family Dollar Stores, Inc. is a citizen of the States of Delaware and Virginia.

10. By virtue of diversity jurisdiction, Defendant is entitled to removal.

11. Plaintiff's claimed damages exceed $75,000.

12. This Court has original diversity jurisdiction of the above-entitled action pursuant to 28 U.S.C. §1332, and the action may therefore be removed to this Court pursuant to 28 U.S.C. §1441(a).

13. A copy of the entire State Court Record for Elkhart County Superior Court, State of Indiana under Cause No. 20D01-2101-CT-000020 is attached as Exhibit A.

14. A copy of the Complaint served on the removing party in the above-entitled action is attached hereto as Exhibit B.

15. A copy of the Civil Cover Sheet is attached as Exhibit C.

16. This Notice is filed with this Court within 30 days of service of the Summons and Complaint on the Defendant, as the removing party.

WHEREFORE, Defendant, Family Dollar Stores of Indiana, LLC (improperly named as "Family Dollar Stores of Indiana"), by counsel, respectfully requests that this action be removed from the Elkhart County Superior Court, State of Indiana, Cause No. 20D01-2101-CT-000020 to the United States District Court for the Northern District of Indiana, South Bend Division, for trial and determination.

DREWRY SIMMONS VORNEHM, LLP

*/s/ Anthony M. Eleftheri*
ANTHONY M. ELEFTHERI, #19336-49
MELANIE A. KALMBACH, #34800-49
*Counsel for Family Dollar Stores of Indiana, LLC*
Drewry Simmons Vornehm, LLP
736 Hanover Place, Suite 200
Carmel, IN 46032
(317) 580-4848
(317) 580-4855 Facsimile
aeleftheri@DSVlaw.com
mkalmbach@DSVlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been served with the Clerk of the Court on this 22nd day of February, 2021 using the CM/ECF system which sent notification of this filing or by placing it in the U.S. Mail, postage pre-paid, to the following:

Edward J. Chester
CHESTER LAW OFFICE
230 North Main Street
Suite 2
Elkhart, Indiana 46515
*Counsel for Plaintiff*

Patrick F. O'Leary
LAW OFFICE OF PATRICK F. O'LEARY
Windsor Office Park
Suite B
Elkhart, Indiana 46514
*Counsel for Plaintiff*

                                              */s/ Anthony M. Eleftheri*
                                              ANTHONY M. ELEFTHERI, #19336-49
                                              MELANIE A. KALMBACH, 34800-49
                                              *Counsel for Family Dollar Stores of Indiana, LLC*