20D01-2101-CT-000020     Filed: 1/26/2021 11:21 AM
Clerk
Elkhart Superior Court     Elkhart County, Indiana

USDC IN/ND case 3:21-cv-00128-JD-MGG document 5 filed 01/26/21 page 1 of 3

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE ELKHART SUPERIOR COURT NO. 1 |
| | ) SS: | |
| COUNTY OF ELKHART | ) | CAUSE NO.: 20D01-2101-CT-_____ |

PATRICIA JOANN LEONARD )
c/o CHESTER LAW OFFICE )
230 N. Main Street, Ste. 2 )
P.O. Box 1768 )
Elkhart, IN 46515-1768 )
        )
    Plaintiff, )
        )
    v. )
        )
FAMILY DOLLAR STORES OF INDIANA )
c/o Registered Agent, Corporation Service Company )
135 North Pennsylvania Street, Suite 1610 )
Indianapolis, IN 46204 )
        )
    Defendant. )

## COMPLAINT FOR DAMAGES AND REQUEST FOR TRIAL BY JURY

COMES NOW Plaintiff and for her cause of action against Defendant, Family Dollar Store No. 1266, alleges and says:

1. During the early evening of November 24, 2020, Plaintiff Patricia J. Leonard was walking out of the Family Dollar Store No. 1266 in Elkhart, Indiana, where she had been shopping.

2. After she exited the store, she fell when she stepped off the concrete sidewalk adjoining the paved portion of the parking lot.

3. The asphalt of Defendant's parking lot had partially pulled back from the concrete sidewalk creating multiple gaps and potholes that presented unreasonable and dangerous trip hazards, was in a deplorable condition, and those hidden hazards were not readily visible to Plaintiff as she exited the store, especially after dark.

4. At all times relevant to this action, Plaintiff was a business invitee to whom Defendant owed a duty of ordinary care.

5. As a business open to the public, Defendant had an active and continuous duty and obligation under the law to inspect its premises from time-to-time in a reasonable effort to discover and remedy conditions that made its premises unsafe for use by the public.

6. Defendant breached its duties of ordinary care, was careless and negligent, and thereby caused Plaintiff to fall and suffer significant personal injuries to her body, which included a sprained left foot and a fractured right foot, necessitating extensive medical, hospital and surgical care, and rehabilitation.

7. As a direct and proximate result of the careless and negligence of Defendant, Plaintiff sustained severe and permanent personal injuries, including injuries to both ankles and feet. She has incurred substantial medical, hospital, and rehabilitation expenses. She has lost earnings and has suffered permanent impairment to her earning capacity and to her ability to live life as a whole person. Her feet and ankles continue to cause her pain, suffering, mental anguish, and emotional distress, and she will continue to experience such damages and losses for the remainder of her life expectancy.

WHEREFORE, Plaintiff prays for judgment against Defendant in an amount adequate to compensate her for all of her injuries, damages and losses, for costs of this action, and for all other just and proper relief.

                                                 */s/ Edward J. Chester*
                                                 Edward J. Chester, #3749-20
                                                 *Attorney for Plaintiff*

CHESTER LAW OFFICE
230 North Main Street, Suite 2
P.O. Box 1768
Elkhart, IN 46515-1768
(574) 296-1515

        /s/ Patrick F. O'Leary
        Patrick F. O'Leary, #10274-20
        *Co-Counsel for Plaintiff*

LAW OFFICE OF PATRICK F. O'LEARY
Windsor Office Park
3000 Windsor Court, Suite B
Elkhart, IN 46514
(574) 264-6262

## REQUEST FOR TRIAL BY JURY

Plaintiff, by counsel, requests trial by jury.

        /s/ Edward J. Chester
        Edward J. Chester, #3749-20
        Patrick F. O'Leary, #10274-20
        *Attorneys for Plaintiff*

CHESTER LAW OFFICE
230 North Main Street, Suite 2
P.O. Box 1768
Elkhart, IN 46515-1768
(574) 296-1515